170 A.3d 343

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. RICHARD LEONCINI, DEFENDANT-PETITIONER.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005526–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 343

IN THE MATTER OF DURAND GILYARD, GARDEN STATE YOUTH CORRECTIONAL FACILITY, DEPARTMENT OF CORRECTION. (DURAND GILYARD-PETITIONER)

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004150–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.